IN THE UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02002-RPM

AMALGAMATED TRANSIT UNION, LOCAL 19,

    Plaintiff,

v.

FIRST TRANSIT, INC.,

    Defendant and Third Party Plaintiff,

v.

CITY OF COLORADO SPRINGS,

    Third Party Defendant.

_____

**ORDER FOR STAY**
_____

    Pursuant to the hearing today and for the reasons stated by the Court, it is

    ORDERED that this case is stayed.

    DATED: January 7th, 2011

                      BY THE COURT:

                      s/Richard P. Matsch
                      _____
                      Richard P. Matsch, Senior District Judge