IN THE UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02002-RPM

AMALGAMATED TRANSIT UNION, LOCAL 19,

    Plaintiff,

v.

FIRST TRANSIT, INC.,

    Defendant and Third Party Plaintiff,

v.

CITY OF COLORADO SPRINGS,

    Third Party Defendant.

_____

## ORDER FOR STATUS REPORT
_____

    On January 7, 2011, this Court entered a order staying this case pending state court litigation. Nothing further has been filed regarding the status of that litigation and it is now

    ORDERED that counsel shall file a status report on or before January 13, 2012, informing of the status of the state court litigation.

    DATED: January 5th, 2012

                            BY THE COURT:

                            s/Richard P. Matsch

                            _____
                            Richard P. Matsch, Senior District Judge