IN THE UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02002-RPM

AMALGAMATED TRANSIT UNION, LOCAL 19,

    Plaintiff,

v.

FIRST TRANSIT, INC.,

    Defendant and Third Party Plaintiff,

v.

CITY OF COLORADO SPRINGS,

    Third Party Defendant.

_____

ORDER FOR HEARING
_____

On January 11, 2012, the City of Colorado Springs filed a status report informing this Court of the decision of the Colorado Court of Appeals with respect to the "interest arbitration provisions" of the 13(c) agreement and further proceedings in the District Court for El Paso County.  The City's motion to remand, filed November 1, 2010, and discussed at the hearing on January 7, 2011, remains pending.  In that motion, the City contended that the Labor Management Relations Act is not applicable to a § 13(c) agreement and that because the City is an indispensable party to the dispute in this civil action, there is no jurisdiction based on diversity of citizenship.  Additionally, in its answer to the complaint to compel arbitration, First Transit, Inc., asserted that it is not bound by the provisions of the § 13(c) agreement.  It is not clear to this Court that a further stay of this action is warranted and it is therefore

ORDERED that a hearing will be held at a time to be set to determine whether the order for stay should be vacated and whether the City's motion to remand should be granted.

DATED: January 18th, 2012

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge