**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior District Judge Richard P. Matsch**

Date:                          February 14, 2012
Courtroom Deputy:   J. Chris Smith
FTR Technician:        Kathy Terasaki

_____

Civil Action No. 10-cv-02002-RPM

AMALGAMATED TRANSIT UNION, LOCAL 19,                    Naomi Y. Perera
                                                                                      Thomas B. Buescher

           Plaintiff,

v.

FIRST TRANSIT, INC.,                                                      Lawrence W. Marquess
                                                                                      Allison R. Cohn

           Defendant and Third Party Plaintiff,

v.

CITY OF COLORADO SPRINGS,                                        Robert J. Mack

           Third Party Defendant.

_____

**COURTROOM MINUTES**
_____

**Hearing on Motion to Remand**

**10:30 a.m.        Court in session.**

Court's preliminary remarks.

Mr. Mack answers questions asked by the Court regarding the state court litigation.
Mr. Mack states parties are waiting for a trial date and there is a pending motion to dismiss for failure to
state a claim (breach of contract claim).
Mr. Mack further states the City's view is that this case should proceed in Colorado Springs state court.

**Court states there is no federal question jurisdiction.**

Argument by Mr. Buescher.
Mr. Buescher states plaintiff has no objection to the remand.

Argument by Mr. Marquess.

**ORDERED:        Defendant City of Colorado Springs' Motion to Remand Civil Action to the
                         Colorado State District Court for El Paso County [17], is granted.  A written order
                         shall be prepared.**

**10:45 a.m.        Court in recess.**        Hearing concluded.  Total time: 15  min.